**STATE of Missouri, Plaintiff–Respondent,**

v.

**Harold DIETER, Defendant–Appellant.**

No. 18089.

Missouri Court of Appeals, Southern District, Division Two.

Nov. 16, 1992.

Gary E. Brotherton, Columbia, for defendant-appellant.

No appearance for plaintiff-respondent.

PREWITT, Judge.

Defendant was charged with misdemeanor assault. Following nonjury trial, he was found guilty and fined $1,000. Defendant appeals.

Judgment was rendered before the time expired for defendant to file a motion for new trial under Rule 29.11. Therefore, the purported judgment was premature and void and there was no judgment from which an appeal could lie. *State v. Wren,* 609 S.W.2d 480, 481 (Mo.App.1980). See also *State v. Ramos,* 751 S.W.2d 135, 136 (Mo.App.1988).

The appeal is dismissed and the case remanded to the trial court with directions to either afford defendant the opportunity to file a motion for new trial or to waive his right to do so. If the right is waived expressly or by time or if a motion for new trial is filed and denied, the court may thereafter sentence defendant. Defendant will then have the right to appeal.

MONTGOMERY, P.J., and MAUS, J., concur.